UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL JONES,

        Plaintiff,        Case No. 1:17-cv-324

v.

        Honorable Paul L. Maloney

UNKNOWN CLINE et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   April 28, 2017          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge